UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE M. ESCOBAR, | CASE NO. C24-1637-KKE |
| Plaintiff(s), | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant(s). | |

Plaintiff, proceeding pro se, filed a proposed complaint on September 16, 2024, without either paying the filing fee or applying to proceed in forma pauperis ("IFP"), and without completing the required civil cover sheet. Dkt. No. 1. The Court instructed Plaintiff to complete the civil cover sheet and either pay the fee or complete an IFP application by November 8, 2024. Dkt. No. 2.

Plaintiff failed to take any action in response to the Court's direction. Because Plaintiff has not complied with Court orders to cure deficiencies in his filings, the Court now DISMISSES this case without prejudice for failure to prosecute.

Dated this 14th day of November, 2024.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1